This is a companion case to United States v McAndrews, 14 USCMA 327, 34 CMR 107, and presents the same issue of the applicability to courts-martial of 18 USC §§ 5031–5036, the Federal Juvenile Delinquency Act. In United States v Baker, 14 USCMA 311, 34 CMR 91, we held the Act does not apply to military trials. The decision of the board of review is, therefore, affirmed.

UNITED STATES, Appellee

v

JOSEPH J. McANDREWS, Private, U. S. Army, Appellant

14 USCMA 327, 34 CMR 107

*Colonel Joseph L. Chalk, Captain Ronald L. Gainer,* and *First Lieutenant E. Pomeroy Williams* were on the brief for Appellant, Accused.

*Colonel Bruce C. Babbitt, Lieutenant Colonel Francis M. Cooper,* and *First Lieutenant Barrie G. Sullivan, II,* were on the brief for Appellee, United States.

### Opinion of the Court

PER CURIAM:

The accused was convicted of intentionally inflicting grievous bodily harm upon a fellow soldier, in violation of Article 128, Uniform Code of Military Justice, 10 USC § 928. At the time of the offense, and at trial, he was seventeen years of age. In United States v Baker, 14 USCMA 311, 34 CMR 91, we held that, notwithstanding the provisions of the Federal Juvenile Delinquency Act, 18 USC § 5031, military personnel of the accused's age are subject to trial and conviction by court-martial for offenses in violation of the Uniform Code.

The decision of the board of review is affirmed.